# UNITED STATES DISTRICT COURT CALIFORNIA
# CENTRAL DISTRICT OF ALIFORNIA

SHARON BAKER, an individual,

    Plaintiff,

    v.

J.C. PENNEY CORPORATION, INC.; J.C. PENNEY COMPANY, INC., and DOES 1 through 50, inclusive,

    Defendants.

Case No.: 2:17-cv-08352-R-AS

[Hon. Manuel L. Real]

**ORDER**

Action Filed: 10/4/2017

It having been stipulated by the parties, by and through their respective attorneys of records, it is hereby ORDERED as follows:

///
///
///
///
//l
///
///

**ORDER**

Defendant J.C. PENNEY CORPORATION, INC.'s Stipulation and Protective Order is APPROVED.

**IT IS SO ORDERED.**

DATED: March 8, 2018

_____
Hon. Manuel L. Real

Respectfully submitted by:
Kathy A. Hunt (State Bar No. 146454)
 *kak(ci'manningllp.com*
Ara M.Baghdassarian (State Bar No. 307867)
 *azbici nuinnir.coni*
MANNING·SASS
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St 15 Floor
Los Angeles California 90017-3012
Telephone: 913) 624-6900
Facsimile: ( 13) 624-6999

Attorneys for Defendant J.C. PENNEY CORPORATION, INC.
[Erroneously sued and served as J.C. PENNEY COMPANY, INC.]

**ORDER**