# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BAKER, an individual, | CASE NO.: 2:17-cv-08352-R-AS |
| Plaintiff, | [The Hon. Manuel L. Real] |
| v. | **ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(l)** |
| J. C. PENNEY CORPORATION, INC.; J. C. PENNEY COMPANY, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | **COURTROOM 880 – ROYBAL**<br>Action Filed: 10/4/2017 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

**ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)**
**Sharon Baker v. J.C. Penney Corp., Inc.**
**Case No.: 2:17-cv-08352-R-AS**

## ORDER

IT IS HEREBY ORDERED that the Complaint of Plaintiff SHARON BAKER hereby dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

DATED: August 14, 2018

_____
Hon. Manuel L. Real

Respectfully submitted by:
Darren G. Burge - #140136
*dburge@cohenburgelaw.com*
COHEN & BURGE, LLP
699 Hampshire Road, Suite 207
Thousand Oaks, California 91361
Telephone No.: (805) 449-4200
Fax No.: (805) 449-4210

Attorneys for Plaintiff,
SHARON BAKER

# PROOF OF SERVICE

I, Virginia Zareba, declare as follows. I am over the age of 18 years. My address is:

699 Hampshire Rd., Ste. 207

Thousand Oaks, CA 91361

On August 13, 2018, I served the foregoing document described as:

**[PROPOSED] ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(l)**

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail in Thousand Oaks, California addressed to:   Los Angeles, California


Kathy A. Hunt, Esq.;

Ara M. Baghdassarian, Esq.

MANNING & KASS

ELLROD, RAMIREZ & TRESTER LLP

801 S. Figueroa St., 15th Floor

Los Angeles, CA  90017-3012


I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2018, at Thousand Oaks, CA.

_____ (signature)
Virginia Zareba